## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

THOMAS E. PEREZ, Secretary of Labor,
United States Department of Labor,

        Plaintiff,

        v.                Case No. CIV 15-391 WJ/KK

BRANCH 504, NATIONAL
ASSOCIATION OF LETTER CARRIERS,

        Defendant.

### FINAL ORDER

On March 22, 2016, this Court concluded that Defendant Branch 504 of the National Association of Letter Carriers (NALC) violated section 401(e) of the Labor-Management Reporting and Disclosure Act (LMRDA), 29 U.S.C. § 481(e), in its regular periodic election of officers on November 19, 2014, by failing to provide notice of the election and by ruling an eligible candidate ineligible to run for office, and that the violations may have affected the outcome of the races for president, vice president, recording secretary, treasurer, sergeant at arms, and trustee (five positions).

This Court further held that in light of its findings, the statutory remedy is to declare the 2014 election as to the affected positions void and direct a new election.

Accordingly, this court now orders the following:

1.      In accordance with 29 U.S.C. § 402(a), the individuals in the affected positions may continue to conduct the affairs of Branch 504 until a new election is completed.

2.      In accordance with 29 U.S.C. § 402(c), Branch 504 shall conduct a new election for the affected positions under the supervision of the Secretary on or before

1

November 30, 2016, for a term of office of two years. Because the supervised election will coincide with its regularly scheduled election for all Branch 504 officers, the entire 2016 election shall be conducted under the supervision of the Secretary.

3.    The supervised election shall be conducted in accordance with Title IV of the LMRDA, 29 U.S.C. §§ 481-484, and, insofar as lawful and practicable, in accordance with the NALC Constitution, the NALC Regulations Governing Branch Election Procedures (RGBEP), and the bylaws of Branch 504.

4.    All decisions as to the interpretation or application of Title IV of the LMRDA, the NALC Constitution, the NALC RGBEP, and the bylaws of Branch 504 relating to the supervised election shall be determined by the Secretary, and his decisions shall be final and binding, subject to review on petition to the Court.

5.    The Court shall retain jurisdiction of this action. After completion of the supervised election, the Secretary shall certify to the Court the names of the persons so elected, that such election was conducted in accordance with Title IV of the LMRDA, and, insofar as lawful and practicable, in accordance with the NALC Constitution, the NALC RGBEP, and the bylaws of Branch 504. Upon the Court's receipt and approval of such certification, the Court shall enter judgment declaring that such persons have been elected to serve as duly elected officers, as shown by such certification, and then close the case, pursuant to 29 U.S.C. § 482(c).

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

- 2 -