## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ED HUGLER, ACTING SECRETARY      )
OF LABOR, UNITED STATES          )
DEPARTMENT OF LABOR,[1]           )
                                 )
                     Plaintiff,  )
                                 )
          v.                     )          Case No. CIV 15-391 WJ/KK
                                 )
BRANCH 504, NATIONAL             )
ASSOCIATION OF LETTER CARRIERS,  )
                                 )
                     Defendant.  )

### PLAINTIFF'S STATUS REPORT

On March 22, 2016, this Court concluded that Defendant Branch 504 of the National

Association of Letter Carriers (NALC) violated section 401(e) of the Labor-Management

Reporting and Disclosure Act (LMRDA), 29 U.S.C. § 481(e), in its regular periodic election of

officers on November 19, 2014, by failing to provide notice of the election and by ruling an

eligible candidate ineligible to run for office, and that the violations may have affected the

outcome of the races for president, vice president, recording secretary, treasurer, sergeant at

arms, and trustee (five positions). This Court held that in light of its findings, the statutory

remedy was to declare the 2014 election void as to the affected positions and direct a new

election.

Accordingly, by order dated May 11, 2016, this Court directed Branch 504 to conduct a

new election for the affected positions under the supervision of the Secretary on or before

November 30, 2016, for a term of office of two years. Because the supervised election would

---

[1] This action was commenced in the name of Thomas E. Perez, Secretary of Labor, United States Department of Labor. On January 20, 2017, Secretary Perez ceased to hold that office. Edward Hugler is the Acting Secretary. Therefore, Acting Secretary Hugler is being automatically substituted for former Secretary Perez as the plaintiff. *See* Fed. R. Civ. P. 25(d). The caption of this action is amended accordingly.

coincide with Branch 504's regularly scheduled election for all its officers, the Court ordered the entire 2016 election to be conducted under the supervision of the Secretary.

Now, by order dated January 30, 2017, this Court has directed the parties to formally advise the Court of the status of this case regarding the occurrence and results of the supervised election and any other matters that are relevant to the final disposition and resolution of this case.

Plaintiff hereby respectfully submits the following status report.

1.      On November 16, 2016, Branch 504 conducted a new election for all its officers under the supervision of the Secretary. The ballots were tallied after the polls closed.

2.      The results of the election are attached as Exhibit A.

3.      The Secretary received two pre-election complaints (on July 20, 2016, and October 5, 2016) and one post-election complaint (on November 22, 2016) from Branch 504 members alleging violations of the LMRDA during the supervised election. *See* 29 U.S.C. § 482(a).

4.      The Secretary investigated the complaints. *See* 29 U.S.C. § 482(b). The investigation was conducted by the Denver–St. Louis District Office of the Office of Labor-Management Standards (OLMS).

5.      On February 3, 2017, per standard procedure, the District Office referred the report of investigation of the election complaints to the Division of Enforcement of OLMS.

6.      On February 9, 2017, per standard procedure, the District Office, the Division of Enforcement, and the Office of the Solicitor of the Department of Labor held a case meeting to review the report of investigation.

7.      The tentative conclusion following the case meeting was that there was no basis for overturning the election.

8.      The Chief of the Division of Enforcement will prepare a declaration to be filed with this Court explaining how the complaints were resolved.

9.      If the resolution of the complaints results in no basis for overturning the election, the Secretary will promptly certify the results of the election to this Court per this Court's order, at which time the Court may enter a decree declaring the winners of the election to be the officers of NALC Branch 504. *See* 29 U.S.C. § 482(c).

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

*/s/ Filed electronically 2/10/17*
MANUEL LUCERO
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
Phone: (505) 346-7274
manny.lucero@usdoj.gov

OF COUNSEL:

KATHERINE E. BISSELL
Deputy Solicitor for Regional Enforcement

BEVERLY DANKOWITZ
Associate Solicitor

CLINTON WOLCOTT
Counsel for LMRDA Advice

ANNA LAURA BENNETT
Attorney

U.S. Department of Labor

I HEREBY CERTIFY that on February 10, 2017, I filed the foregoing pleading electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

Shane Youtz, Esq.
shane@youtzvaldez.com

Stephen Curtice, Esq.
stephen@youtzvaldez.com

***Filed electronically February 10, 2017***
MANUEL LUCERO
Assistant United States Attorney