NALC BR 504, NM                TALLYSHEET-STACK METHOD                510-6007435-71
11/16/16
JMR

*Winner

| PRESIDENT | | | Total | Margin |
|---|---|---|---|---|
| **Complainant** | **ANGEL MARTINEZ** | | **147*** | 6 |
| **Incumbent** | **DAVID F. PRATT** | | 141 | |

| VICE PRESIDENT | | | Total | |
|---|---|---|---|---|
| **Incumbent** | **DALE FOGLE** | | **178*** | 69 |
| **Complainant** | **MARIE MONTAÑO** | | 109 | |

| TREASURER | | | Total | |
|---|---|---|---|---|
| **Incumbent** | **JOHN RUBIO** | | **147*** | 8 |
| **Complainant** | **DEE DEE MOLINA** | | 139 | |

| RECORDING SECRETARY | | | | |
|---|---|---|---|---|
| | **PETE MARUTIAK** | | **147*** | 59 |
| **Incumbent** | **VALERIE CHACON** | | 88 | |
| | **SUSIE GONZALES** | | 52 | |

| TRUSTEES (5) | | | Total | |
|---|---|---|---|---|
| **Incumbent** | **ALMA J. JOHNSON-WIGGINS** | | 190 | 12 |
| | **JAMES LOPEZ** | | **207*** | |
| | **JOHN HUDSON** | | **211*** | |
| | **ELIZABETH A. REYNOLDS** | | **202*** | |
| | **LESLIE BLACK** | | **225*** | |
| | **REYNI GARCIA-LOPEZ** | | **209*** | |

| SERGEANT AT ARMS | | | | |
|---|---|---|---|---|
| | **ARLEEN CROOKS** | | 82 | |
| | **ROBERT E. ESCAMILLA** | | **138*** | 56 |
| | **CECIL MERCER** | | 63 | |
| | | | | |