## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ED HUGLER, ACTING SECRETARY )
OF LABOR, UNITED STATES )
DEPARTMENT OF LABOR, )
                           )
             Plaintiff, )
                           )       Case No. CIV 15-391 WJ/KK
         v. )
                           )
BRANCH 504, NATIONAL )
ASSOCIATION OF LETTER CARRIERS, )
                           )
            Defendant. )

## CERTIFICATION OF ELECTION

The election having been conducted in the above matter under the supervision of the

Acting Secretary of Labor, United States Department of Labor, pursuant to a Memorandum

Opinion and Order Granting Plaintiff's Motion for Partial Summary Judgment and Denying

Defendant's Cross-Motion for Partial Summary Judgment filed March 22, 2016, and Final Order

filed May 11, 2016, in the United States District Court for the District of New Mexico, in

accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure

Act of 1959 (LMRDA), 29 U.S.C. §§ 481-483, and in conformity with the National Association

of Letters Carriers' (NALC) Constitution, the NALC Regulations Governing Branch Election

Procedures, and the Bylaws of NALC Branch 504, insofar as lawful and practicable, therefore:

Pursuant to section 402(c) of the LMRDA, 29 U.S.C. § 482(c), and the authority

delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected

to the offices designated:

| | |
|---|---|
| President | Angel Martinez |
| Vice President | Dale Fogle |
| Treasurer | John Rubio |
| Recording Secretary | Pete Marutiak |
| Trustee | Leslie Black |
| Trustee | John Hudson |
| Trustee | Reyni Garcia-Lopez |
| Trustee | James Lopez |
| Trustee | Elizabeth A. Reynolds |
| Sergeant at Arms | Robert E. Escamilla |

Attached herewith is a declaration setting forth the protests concerning violations that were alleged to have occurred in the conduct of the election and the findings of the investigation of these protests. Signed this ___28th___ day of February, 2017.

Sharon Hanley, Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor