IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ED HUGLER, ACTING SECRETARY )
OF LABOR, UNITED STATES )
DEPARTMENT OF LABOR, )
                                  )
              Plaintiff, )
                                  )  Case No. CIV 15-391 WJ/KK
v. )
                                  )
BRANCH 504, NATIONAL )
ASSOCIATION OF LETTER CARRIERS, )
                                  )
              Defendant. )

**ORDER AND JUDGMENT**

Upon consideration of Plaintiff's Certification of Election and the Declaration of Sharon Hanley (Doc. No. 46) and the entire record herein, IT IS HEREBY DECLARED, pursuant to 29 U.S.C. § 482(c)(2), that the following persons are officers of National Association of Letters Carriers Branch 504, as indicated by position:

| Position | Name |
|---|---|
| President | Angel Martinez |
| Vice President | Dale Fogle |
| Treasurer | John Rubio |
| Recording Secretary | Pete Marutiak |
| Trustee | Leslie Black |
| Trustee | John Hudson |
| Trustee | Reyni Garcia-Lopez |
| Trustee | James Lopez |
| Trustee | Elizabeth A. Reynolds |
| Sergeant at Arms | Robert E. Escamilla |

2

AND IT IS HEREBY ORDERED that this matter is dismissed.

      SO ORDERED

_____
UNITED STATES DISTRICT JUDGE